# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN RONALD BEAGLES </br></br> Plaintiff, </br></br> v. </br></br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. </br></br> Defendant. | Case No.: 1:16-cv-01418-GSA </br></br> STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Plaintiff Darrin Ronald Beagles and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 10 days from May 22, 2017 to June 1, 2017 for Plaintiff to file Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: May 22, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

-1-

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Darrin Ronald Beagles

DATE: May 22, 2017

PHILLIP A.TALBERT
*United States Attorney*

/s/ *Jennifer Lee Tarn*
BY: _____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## ORDER

Pursuant to the stipulation of the parties, Plaintiff shall file his Opening Brief no later than **June 1, 2017**. All other dates in the Court's scheduling order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: __**May 25, 2017**__          _____/s/ Gary S. Austin_____
                                       UNITED STATES MAGISTRATE JUDGE