CYRUS SAFA
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Hwy, C-115
Santa Fe Springs, CA 90670
Telephone: 562-868-5886
Email: cyrus.safa@rohlfinglaw.com
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| DARRIN RONALD BEAGLES,<br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 1:16-CV-01418-GSA<br><br>**STIPULATION FOR FILING OF CORRECTED CERTIFIED ADMINISTRATIVE RECORD AND MODIFICATION OF BRIEFING SCHEDULE** |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1. The Certified Administrative Record (CAR) filed on February 14, 2017 (Docket No. 9), has been determined to be incomplete. Specifically, pages 23-24, 27-29, and 32, as well as the list of exhibits, are missing from the transcript of the oral hearing that took place on December 17, 2014. Defendant will file a corrected CAR within fourteen (14) days, on or before June 16, 2017.

2. The briefing schedule shall be modified, such that Plaintiff shall have thirty (30) days from the date of the filing of the Corrected Certified Administrative Record to file his Motion for Summary Judgment, on or before July 17, 2017; Defendant shall have thirty (30) days from the date of Plaintiff's filing of her opening brief to file her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, on or before August 16, 2017; and Defendant shall have fifteen (15) days from the date of Defendant's filing of her Cross-Motion and Opposition to file any reply, on or before August 31, 2017.

Respectfully submitted,

Date: June 2, 2017

By: */s/ Cyrus Safa*
CYRUS SAFA
Attorney for Plaintiff

Date: June 2, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation (Doc. 14), Defendant shall file a complete certified administrative record ("CAR") on or before **June 16, 2017**. The briefing schedule shall be modified, such that Plaintiff shall have thirty (30) days from the date of the filing of the Corrected Certified Administrative Record to file his Opening Brief or Motion for Summary Judgment, on or before **July 17, 2017**; Defendant shall have thirty (30) days, on or before **August 16, 2017**, from the date of Plaintiff's filing of her opening brief to file her Opposition. Any reply shall be filed within 15 days of the filing of Defendant's Opposition.

IT IS SO ORDERED.

Dated: **June 5, 2017**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE