PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBM 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

|  |  |
|---|---|
| DARRIN RONALD BEAGLES,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:16-cv-01418-GSA

**UNOPPOSED MOTION AND ORDER**
**FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between Darrin Ronald Beagles (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (35) days to file her Opposition to Plaintiff's Opening Brief.  The current due date is August 16, 2017.  The new date will be September 20, 2017.  An extension of time is needed because the attorney responsible for briefing this case has experienced a flare-up of a chronic illness that will require a temporary reduced work schedule.  This

- 1 -

request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 4, 2017    CYRUS SAFA

By: */s/ Cyrus Safa \**
Law Offices of Lawrence Rohlfing
Attorney for Plaintiff
(*As authorized by e-mail on August 4, 2017)

Date: August 4, 2017    PHILLIP A. TALBERT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties (Doc. 19), Defendant shall file her Opposition **no later than September 20, 2017.** Any reply is due fifteen (15) days after the filing of the opposition.

IT IS SO ORDERED.

Dated: __**August 8, 2017**__   __**/s/ Gary S. Austin**__
           UNITED STATES MAGISTRATE JUDGE