PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBM 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| DARRIN RONALD BEAGLES,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-01418-GSA<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between Darrin Ronald Beagles (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty-five (35) days to file her Opposition to Plaintiff's Opening Brief. The current due date is September 20, 2017. The new date will be October 25, 2017. An extension of time is needed because the attorney responsible for briefing recently returned from medical leave after unexpected surgery. This request is made in good faith with no intention to unduly delay the proceedings.

    This is the second extension of time request by Defendant in the above-captioned matter. Defendant is aware that more than one extension is disfavored and apologizes both to Plaintiff and the

Court for the inconvenience. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: September 12, 2017   CYRUS SAFA

By: */s/ Cyrus Safe* *
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff
(*As authorized by e-mail on September 12, 2017)

Date: September 12, 2017   PHILLIP A. TALBERT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation (Doc. 21), Defendant shall file her Opposition to Plaintiff's Opening Brief no later than **October 25, 2017**. Plaintiff shall file any Reply **within fifteen (15) days** of the filing of the Opposition.

IT IS SO ORDERED.

Dated:   **September 15, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE