1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

8

9 DARRIN RONALD BEAGLES,    )   Case No. 1:16-cv-01418-GSA

             Plaintiff,    )

10                      )   **ORDER FOR VOLUNTARY**

    v.               )   **REMAND PURSUANT TO SENTENCE**

11                    )   **FOUR OF 42 U.S.C. § 405(G)**

NANCY A. BERRYHILL,        )

12 Acting Commissioner of Social Security, )   **ORDER DIRECTING THE CLERK TO**

                 )   **ENTER JUDGMENT**

13             Defendant.   )

14

15       Pursuant to the parties' stipulation filed on October 25, 2017 (Doc. 23), this case shall be

16 remanded to the Commissioner for further proceedings as authorized by sentence four of 42 U.S.C.

§ 405(g). On remand, the administrative law judge (ALJ) will re-evaluate the medical source

17 opinion of Plaintiff's treating physician, Ron Y. Goldstein, M.D., consistent with the

18 Commissioner's regulations and policy rulings.

19       The Clerk of the Court shall enter judgment in favor of Plaintiff, Darrin Ronald Beagles,

20 and against Nancy A. Berryhill, Acting Commissioner of Social Security.

21

22       IT IS SO ORDERED.

23           Dated:   **October 27, 2017**          **/s/ Gary S. Austin**

24                                         UNITED STATES MAGISTRATE

25 JUDGE

26