# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN RONALD BEAGLES,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 1:16-cv-01418-GSA (SS)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the stipulation of the parties (Doc. 26), Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND, EIGHT HUNDRED TWENTY DOLLARS and SEVENTY-EIGHT CENTS ($2,820.78). Payment shall be made pursuant to *Astrue v. Ratcliff*, 130 S. Ct. 2521 (2010) in accordance with the terms of the stipulation outlined above.

IT IS SO ORDERED.

Dated: **January 29, 2018**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE